Calendar Number 62

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

Illinois Housing Development Authority
PLAINTIFF

Vs.

Nina S. Funnye; Illinois Housing Development Authority
DEFENDANTS

No.  10 CH 021329

1517 Lincoln Avenue
Calumet City, IL 60409

## ORDER APPROVING REPORT OF SALE AND DISTRIBUTION, CONFIRMING SALE AND ORDER OF POSSESSION

This cause comes to be heard on Plaintiff's Motion for the entry of an Order Approving the Report of sale and Distribution, Confirming the sale of the premises, which are the subject of the matter captioned above and described as:

LOT 25 IN BLOCK 6 IN GOLD COAST ADDITION, BEING A SUBDIVISION OF PARTS OF THE WEST HALF OF SECTION 20, TOWNSHIP 36 NORTH, RANGE 15, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLAT THEREOF RECORDED JULY 1, 1926 AS DOCUMENT 9326191, IN COOK COUNTY, ILLINOIS

Commonly known as: 1517 Lincoln Avenue, Calumet City, IL 60409

Property Index Number: 30-20-308-006

Due notice of sale motions having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That all notices required by 735 ILCS 5/15-1507(c) have been properly given;

That the sale was fairly and properly made;

That The Judicial Sales Corporation, hereinafter sales officer, has in every respect proceeded in accordance with the terms of this Court's Judgment and;

That the real property described herein, which is the subject matter of the instant proceedings, is a Single Family Home;

That the real property described herein was last inspected by movant, its insurers, investors, or agents, on 06/29/2013;

That the holder of the Certificate of Sale or the person to whom the deed will be issued can be contacted through:

Laura Trevino
Illinois Housing Development Authority
401 Michigan Avenue, Suite 700
Chicago, IL 60611
1-312-836-5200

That justice was done.

**IT IS THEREFORE ORDERED:**

1. The sale of the premises involved herein and the Report of Sale and Distribution filed by the Sales Officer are hereby approved, ratified and confirmed;

2. That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution.

3. That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

735 ILCS 5/9-117 is not applicable to this order entered pursuant to Article 15 (IMFL).

That upon request by the holder of the certificate of sale and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Selling Officer shall execute and deliver a deed sufficient to convey title to the holder of the certificate of sale pursuant to the findings of this Court as set forth above;

IT IS FURTHER ORDERED:

That the successful bidder, any insurers, investors, and agents of the Plaintiff, are entitled to and shall have possession of the subject property as of a date 30 days (          ) after entry of this order against Nina S. Funnye; Illinois Housing Development Authority, without further Order of the Court, as provided in 735 ILCS 5/15-1701;

That the Sheriff of Cook County is directed to evict and dispossess:

Nina S. Funnye at the subject property commonly known as:

1517 Lincoln Avenue
Calumet City, IL 60409

30 days after entry of this order. The sheriff is authorized to use any and all such force as may be necessary to cause possession of the premises to be surrendered to the successful bidder and to insure that the successful bidder is able to take possession thereof and securing possession to the successful bidder.

No occupants other than the individuals named in this Order of Possession may be evicted without a Supplemental Order of Possession or an order from the Forcible Entry and Detainer Court.

IT IS FURTHER ORDERED that the Deed to be issued hereunder is transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

A copy of this order shall be sent via regular mail to all defendants within 7 days.

ENTER: _____
                                        Judge

DATED: _____

JUDGE DANIEL PATRICK BRENNAN

SEP 26 2013

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
14-09-08075
Cook #21762

**NOTE: This law firm is deemed to be a debt collector.**

Doc#: 1328828015 Fee: $42.00
RHSP Fee:$9.00 RPRF Fee: $1.00
Affidavit Fee: $2.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 10/15/2013 11:00 AM Pg: 1 of 3

## JUDICIAL SALE DEED

THE GRANTOR, The Judicial Sales Corporation, an Illinois Corporation, pursuant to and under the authority conferred by the provisions of an Order Appointing Selling Officer and a Judgment entered by the Circuit Court of Cook County, Illinois, on March 25, 2013, in Case No. 10 CH 021329, entitled ILLINOIS HOUSING DEVELOPMENT AUTHORITY vs. NINA S. FUNNYE, et al, and pursuant to which the premises hereinafter described were sold at public sale pursuant to notice given in compliance with 735 ILCS 5/15-1507(c) by said grantor on June 27, 2013, does hereby grant, transfer, and convey to **ILLINOIS HOUSING DEVELOPMENT AUTHORITY** the following described real estate situated in the County of Cook, in the State of Illinois, to have and to hold forever:

**LOT 25 IN BLOCK 6 IN GOLD COAST ADDITION, BEING A SUBDIVISION OF PARTS OF THE WEST HALF OF SECTION 20, TOWNSHIP 36 NORTH, RANGE 15, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLAT THEREOF RECORDED JULY 1, 1926 AS DOCUMENT 9326191, IN COOK COUNTY, ILLINOIS**

Commonly known as 1517 LINCOLN AVENUE, CALUMET CITY, IL 60409

Property Index No. 30-20-308-006

Grantor has caused its name to be signed to those present by its Chief Executive Officer on this 9th day of October, 2013.

## BOX 70

Codilis & Associates, P.C.

The Judicial Sales Corporation

By: _____

Nancy R. Vallone
Chief Executive Officer

State of IL, County of COOK ss, I, Erin E. McGurk, a Notary Public, in and for the County and State aforesaid, do hereby certify that Nancy R. Vallone, personally known to me to be the Chief Executive Officer of The Judicial Sales Corporation, appeared before me this day in person and acknowledged that as such Chief Executive Officer he/she signed and delivered the said Deed pursuant to authority given by the Board of Directors of said corporation, as his/her free and voluntary act, and as the free and voluntary act and Deed of said corporation, for the uses and purposes therein set forth.

Given under my hand and seal on this

9th day of October, 2013

_____
Notary Public

```
OFFICIAL SEAL
ERIN MCGURK
Notary Public - State of Illinois
My Commission Expires Mar 28, 2017
```

This Deed was prepared by August R. Butera, The Judicial Sales Corporation, One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650.

Exempt under provision of Paragraph ____L____, Section 31-45 of the Real Estate Transfer Tax Law (35 ILCS 200/31-45).

**Judicial Sale Deed**

10 / 10 / 13                    _D. Walus_
_____         _____
Date                         Buyer, Seller or Representative

This Deed is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps, pursuant to court order in Case Number 10 CH 021329.

Grantor's Name and Address:
   **THE JUDICIAL SALES CORPORATION**
   One South Wacker Drive, 24th Floor
   Chicago, Illinois 60606-4650
   (312)236-SALE

Grantee's Name and Address and mail tax bills to:
   ILLINOIS HOUSING DEVELOPMENT AUTHORITY
   1 CORPORATE CENTER DRIVE, SUITE 360
   Lake Zurich, IL, 60047

Contact Name and Address:

   Contact:          LAURA TREVINO- ILLINOIS HOUSING DEVELOPMENT AUTHORITY

   Address:          401 N. MICHIGAN AVENUE, SUITE 700
                     Chicago, IL 60611
   Telephone:        312-836-5200

Mail To:
                     _D. Walus_
CODILIS & ASSOCIATES, P.C.
15W030 NORTH FRONTAGE ROAD, SUITE 100
BURR RIDGE, IL 60527
(630) 794-5300

Att. No. 21762
File No. 14-09-08075

File # 14-09-08075

## STATEMENT BY GRANTOR AND GRANTEE

The Grantor or his agent affirms that, to the best of his knowledge, the name of the Grantee shown on the Deed of Assignment of Beneficial Interest in land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated _____October 10, 2013_____

Signature: _____
Grantor or Agent

Subscribed and sworn to before me
By the said ___Diane Walus_____
Date _____10/10/2013_____
Notary Public _____

The Grantee or his Agent affirms and verifies that the name of the Grantee shown on the Deed or Assignment of Beneficial Interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated _____October 10, 2013_____

Signature: _____
Grantee or Agent

Subscribed and sworn to before me
By the said ___Diane Walus_____
Date _____10/10/2013_____
Notary Public _____

Note: Any person who knowingly submits a false statement concerning the identity of Grantee shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attach to Deed or ABI to be recorded in Cook County, Illinois if exempt under provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)